# Court of Appeals
# of the State of Georgia

ATLANTA, __May 30, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A0449.    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY v. JOHNSON.**

On September 23, 2013, this Court granted State Farm's application for an interlocutory appeal from the trial court's denial of State Farm's motion for summary judgment in this action. Having reviewed the record, we now DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/30/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*